Judgment in a Civil Case (02/11)

UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **William Henry Frison, Jr.** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> vs. ) <br> ) <br> ) <br> **DEPARTMENT OF THE** ) <br> **ARMY, FORT SILL,** ) <br> **OKLAHOMA, LAWSON,** ) <br> **OK, C BATTERY,** ) <br> **2ND/30TH; JOHN** ) <br> **GRAUPMANN, IOWA** ) <br> **LEGAL AID DAVENPORT** ) <br> **RO HELPPARA;** ) <br> **THOMAS ROBRECHT –** ) <br> **THE MEDICAL BOARD;** ) <br> **SAMMY STOKES;LEROY** ) <br> **DANIELS III; ROBERT** ) <br> **HERFF; PRIVATE** ) <br> **CARTER; PHIL** ) <br> **MICKELSON** ) <br> ) <br> **Defendants.** ) | Case Number: <br> **4:25-cv-04016-SLD-RLH** |

Judgment in a Civil Case (02/11)

# JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.  This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** this case is DISMISSED WITHOUT PREJUDICE for failure to pay the filing fee.

**Dated: June 26, 2025**

*AJK√*

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court